| United States Bankruptcy Court<br>Middle District of Tennessee | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**GREENVALE CONSTRUCTION, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**62-1762509** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1418 KENSINGTON SQUARE COURT**<br>**BUILDING A**<br>**MURFREESBORO, TN**<br>ZIP Code **37130** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Rutherford** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **_GREENVALE CONSTRUCTION, LLC_** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: *- None -* | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: *- None -* | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
    Signature of Attorney for Debtor(s)      (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **GREENVALE CONSTRUCTION, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** */s/ T. Larry Edmondson*
Signature of Attorney for Debtor(s)

**T. Larry Edmondson**
Printed Name of Attorney for Debtor(s)

**T. Larry Edmondson**
Firm Name

**800 Broadway**
**3rd Floor**
**Nashville, TN 37203**

Address

                    **Email: larryedmondson@live.com**
**615-254-3765  Fax: 615-254-2702**
Telephone Number

**July 27, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ MARK THOMASON*
Signature of Authorized Individual

**MARK THOMASON**
Printed Name of Authorized Individual

**CHIEF MANAGER**
Title of Authorized Individual

**July 27, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Tennessee

In re **GREENVALE CONSTRUCTION, LLC**     Case No. _____
                                Debtor(s)    Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **84 LUMBER COMPANY**<br>**1935 NW BROAD STREET**<br>**Murfreesboro, TN 37129** | **84 LUMBER COMPANY**<br>**1935 NW BROAD STREET**<br>**Murfreesboro, TN 37129** | **UNSECURED** | | **76,521.34** |
| **ABC SUPPLY COMPANY, INC.**<br>**P.O. BOX 292406**<br>**Nashville, TN 37229-2406** | **ABC SUPPLY COMPANY, INC.**<br>**P.O. BOX 292406**<br>**Nashville, TN 37229-2406** | **UNSECURED** | | **12,779.00** |
| **ALLAN BRANDON**<br>**P.O. BOX 10809**<br>**Murfreesboro, TN 37129** | **ALLAN BRANDON**<br>**P.O. BOX 10809**<br>**Murfreesboro, TN 37129** | **UNSECURED** | | **6,000.00** |
| **ALLEY CASSETY BRICK**<br>**P.O. BOX 13305**<br>**Nashville, TN 37202** | **ALLEY CASSETY BRICK**<br>**P.O. BOX 13305**<br>**Nashville, TN 37202** | **UNSECURED** | | **7,801.00** |
| **BENCHMARK PLUMBING INC.**<br>**P.O. BOX 10765**<br>**Murfreesboro, TN 37129** | **BENCHMARK PLUMBING INC.**<br>**P.O. BOX 10765**<br>**Murfreesboro, TN 37129** | **UNSECURED** | | **7,599.00** |
| **CITY TILE AND FLOOR COVERING**<br>**223 S. SPRING STREET**<br>**Murfreesboro, TN 37130** | **CITY TILE AND FLOOR COVERING**<br>**223 S. SPRING STREET**<br>**Murfreesboro, TN 37130** | **UNSECURED** | | **5,101.00** |
| **COLONIAL FENCE COMPANY**<br>**7042 WEST GUM ROAD**<br>**Murfreesboro, TN 37127** | **COLONIAL FENCE COMPANY**<br>**7042 WEST GUM ROAD**<br>**Murfreesboro, TN 37127** | **UNSECURED** | | **18,379.00** |
| **CONCRETE PERFECTION BY GLENDAN**<br>**ATTN: GLEN MITCHELL**<br>**P.O. BOX 10574**<br>**Murfreesboro, TN 37129-0012** | **CONCRETE PERFECTION BY GLENDAN**<br>**ATTN: GLEN MITCHELL**<br>**P.O. BOX 10574**<br>**Murfreesboro, TN 37129-0012** | **UNSECURED** | | **19,178.00** |
| **DUGGIN CONSTRUCTION COMPANY**<br>**8801 SIMS ROAD**<br>**Christiana, TN 37037** | **DUGGIN CONSTRUCTION COMPANY**<br>**8801 SIMS ROAD**<br>**Christiana, TN 37037** | **UNSECURED** | | **50,015.00** |
| **FIA CARD SERVICES**<br>**P.O. BOX 15019**<br>**Wilmington, DE 19886-5019** | **FIA CARD SERVICES**<br>**P.O. BOX 15019**<br>**Wilmington, DE 19886-5019** | **UNSECURED** | | **29,000.00** |

In re **GREENVALE CONSTRUCTION, LLC** Case No.
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **HH GREGG APPLIANCES**<br>**4151 EAST 96TH STREET**<br>**Indianapolis, IN 46240** | **HH GREGG APPLIANCES**<br>**4151 EAST 96TH STREET**<br>**Indianapolis, IN 46240** | **UNSECURED** | | **20,533.00** |
| **MARSH FURNITURE COMPANY**<br>**P.O. BOX 870**<br>**High Point, NC 27261** | **MARSH FURNITURE COMPANY**<br>**P.O. BOX 870**<br>**High Point, NC 27261** | **UNSECURED** | | **28,262.00** |
| **MURFREESBORO INSULATION**<br>**910-E RIDGELY ROAD**<br>**Murfreesboro, TN 37129** | **MURFREESBORO INSULATION**<br>**910-E RIDGELY ROAD**<br>**Murfreesboro, TN 37129** | **UNSECRUED** | | **6,000.00** |
| **ROSCOE BROWN**<br>**959 N THOMSON LANE**<br>**Murfreesboro, TN 37129** | **ROSCOE BROWN**<br>**959 N THOMSON LANE**<br>**Murfreesboro, TN 37129** | **UNSECURED** | | **25,133.00** |
| **SMYRNA READY MIX**<br>**4472 HICKORY GROVE ROAD**<br>**Murfreesboro, TN 37129** | **SMYRNA READY MIX**<br>**4472 HICKORY GROVE ROAD**<br>**Murfreesboro, TN 37129** | **UNSECURED** | | **11,329.00** |
| **STEVE BYARS DBA SB CONCRETE**<br>**P.O. BOX 424**<br>**Smyrna, TN 37167** | **STEVE BYARS DBA SB CONCRETE**<br>**P.O. BOX 424**<br>**Smyrna, TN 37167** | **UNSECURED** | | **20,315.00** |
| **THOMAS & SONS ELECTRIC INC**<br>**1502 HARRELL STREET**<br>**La Vergne, TN 37086** | **THOMAS & SONS ELECTRIC INC**<br>**1502 HARRELL STREET**<br>**La Vergne, TN 37086** | **UNSECURED** | | **6,742.00** |
| **THOMASON PROPERTIES**<br>**1418 KENSINGTON SQUARE BLDG A**<br>**Murfreesboro, TN 37130** | **THOMASON PROPERTIES**<br>**1418 KENSINGTON SQUARE BLDG A**<br>**Murfreesboro, TN 37130** | **UNSECURED** | | **67,950.00** |
| **WALL TO WALL FLOOR COVERING**<br>**5490 B MURFREESBORO ROAD**<br>**La Vergne, TN 37086** | **WALL TO WALL FLOOR COVERING**<br>**5490 B MURFREESBORO ROAD**<br>**La Vergne, TN 37086** | **UNSECURED** | | **8,223.00** |
| **WALLBOARD AND SUPPLY**<br>**1619 CHARLOTTE AVENUE**<br>**Nashville, TN 37203** | **WALLBOARD AND SUPPLY**<br>**1619 CHARLOTTE AVENUE**<br>**Nashville, TN 37203** | **UNSECURED** | | **6,395.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **GREENVALE CONSTRUCTION, LLC**                                          Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CHIEF MANAGER of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 27, 2010**                       Signature  **/s/ MARK THOMASON**
                                                         **MARK THOMASON**
                                                         **CHIEF MANAGER**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

GREENVALE CONSTRUCTION, LLC
1418 KENSINGTON SQUARE COURT
BUILDING A
MURFREESBORO TN 37130

T. LARRY EDMONDSON
T. LARRY EDMONDSON
800 BROADWAY
3RD FLOOR
NASHVILLE, TN 37203

84 LUMBER COMPANY
1935 NW BROAD STREET
MURFREESBORO TN 37129

ABC SUPPLY COMPANY, INC.
P.O. BOX 292406
NASHVILLE TN 37229-2406

ALISA PETERS, ESQ.
700 TWO AMERICAN CENTER
3102 WEST END AVENUE
NASHVILLE TN 37203

ALLAN BRANDON
P.O. BOX 10809
MURFREESBORO TN 37129

ALLEY CASSETY BRICK
P.O. BOX 13305
NASHVILLE TN 37202

ALSUP & ALSUP HVAC
317 WEST BURTON STREET
MURFREESBORO TN 37130

AT & T
P.O. BOX 105262
ATLANTA GA 30348-5262

AVENUE BANK
C/O DOUG HALE, ESQ.
231 PUBLIC SQ, SUITE 312
FRANKLIN TN 37064

B & P CONTRACTORS
9665 FRANKLIN ROAD
MURFREESBORO TN 37128

BANK OF AMERICA
5121 MARYLAND WAY
SUITE 203
BRENTWOOD TN 37027

BANK OF AMERICA HOME LOANS
100 BEECHAM DRIVE
SUITE 104
PITTSBURGH PA 15205

BENCHMARK PLUMBING INC.
P.O. BOX 10765
MURFREESBORO TN 37129

BERRY CONCRETE PRODUCTS INC.
P.O. BOX 4161
MURFREESBORO TN 37129

BORAL BRICKS
P.O. BOX 101447
ATLANTA GA 30392-1447

CELTIC MARBLE AND GRANITE
115 NORTH WALNUT STREET
MURFREESBORO TN 37130

CHEM DRY OF TENNESSEE
P.O. BOX 1503
SMYRNA TN 37167

CHRISTIAN NORDIN
912 WOLVES DEN PLACE
MURFREESBORO TN 37128

CITY TILE AND FLOOR COVERING
223 S. SPRING STREET
MURFREESBORO TN 37130

COLONIAL FENCE COMPANY
7042 WEST GUM ROAD
MURFREESBORO TN 37127

CONCRETE PERFECTION BY GLENDAN
ATTN: GLEN MITCHELL
P.O. BOX 10574
MURFREESBORO TN 37129-0012

CONSOLIDATED UTILITY DISTRICR
709 NEW SALEM HWY
NASHVILLE TN 37219

CRESTIVE HOME DESIGNS OF MID TENNESSEE
745 CHURCH STREET, BLDG B
SUITE 220
MURFREESBORO TN 37130

DUGGIN CONSTRUCTION COMPANY
8801 SIMS ROAD
CHRISTIANA TN 37037

```
EMILY H. BOWMAN
1600 DIVISION
SUITE 700
NASHVILLE TN 37203

EMILY H. BOWMAN, ESQ.
1600 DIVISION
SUITE 700
NASHVILLE TN 37203

FIA CARD SERVICES
P.O. BOX 15019
WILMINGTON DE 19886-5019

FIRST TENNESSEE BANK
HOME EQUITY
P.O. BOX 2351
MEMPHIS TN 38101-2351

FIRST TENNESSEE BANK
INSTALLMENT ACCOUNT
P.O. BOX 31
MEMPHIS TN 38101-0031

FRANKLIN'S PRINTWORKS
2227 SOUTH PARK DRIVE
MURFREESBORO TN 37128

GEORGE WHITE
WHITE & POLK
107 COLLEGE STREET
MURFREESBORO TN 37130

GLADEVILLE UTILITY DISTRICT
3826 VESTA ROAD
LEBANON TN 37090

GODDARD CONSTRUCTION
9695 LEBANON ROAD
SUITE 400
MOUNT JULIET TN 37122

HH GREGG APPLIANCES
4151 EAST 96TH STREET
INDIANAPOLIS IN 46240

HUDDLESTON-STEELE ENGINEERING
2115 NORTHWEST BROAD STREET
MURFREESBORO TN 37129

JAMES KELLY, ESQ.
NEAL HARWELL
150 4TH AVE NORTH, SUITE 2000
NASHVILLE TN 37219
```

KENNY CAIN CONSTRUCTION
1589 ROCK SPRINGS-MIDLAND ROAD
CHRISTIANA TN 37037

MARSH DIRECT SALES
1113 STONES RIVER COURT
LA VERGNE TN 37086

MARSH FURNITURE COMPANY
P.O. BOX 870
HIGH POINT NC 27261

MARSHALL EXCAVATING
2322 GARRISON COVE
MURFREESBORO TN 37130

MEC ELECTRIC
P.O. BOX 268
WHITES CREEK TN 37189

METRO READY MIX
1136 SECOND AVENUE NORTH
NASHVILLE TN 37208

METRO WATER SERVICES
P.O. BOX 605225
NASHVILLE TN 37230-5225

MIDDLE TN DISCOUNT LIGHTING
1583 A WEST COLLEGE STREET
MURFREESBORO TN 37129

MIDDLE TN ELECTRIC LEBANON
P.O. BOX 220
LEBANON TN 37088

MIDDLE TN ELECTRIC MEMBERSHIP
P.O.OX 608
MURFREESBORO TN 37133-0608

MIDDLE TN NATURAL GAS
P.O. BOX 399
TN 37109-0399

MORRIS PROPERTY
413 WELSHWOOD DRIVE
SUITE 200
NASHVILLE TN 37211

MURFEESBORO SHOWER & MIRROR
6011 MANCHESTER PIKE
MURFREESBORO TN 37127

MURFREESBORO INSULATION
910-E RIDGELY ROAD
MURFREESBORO TN 37129

MURFREESBORO MUNICIPAL AIRPORT
P.O. BOX 4145
MURFREESBORO TN 37129-4145

MURFREESBORO WATER AND SEWER
P.O. BOX 897
MURFREESBORO TN 37133-0897

NASHVILLE CITY CLUB
201 FOURTH AVENUE NORTH
20TH FLOOR
NASHVILLE TN 37219-2011

NASHVILLE ELECTRIC SERVICE
1214 CHURCH STREET
NASHVILLE TN 37246-0003

NORTH AMERICAN EVERGREENS NURSERY
P.O. BOX 1634
SMYRNA TN 37167

NULAWN INSTALLATIN, LLC
400 MCDONALD DRIVE
NASHVILLE TN 37217

PHILIDELPHIA INDEMNITY INSURANCE CO
FLOOD INSURANCE CENTER
P.O. BOX 410004
SALT LAKE CITY UT 84141

PIEDMONT NATURAL GAS
P.O. BOX 533500
ATLANTA GA 30350-3500

PINNACLE BANK
P.O. BOX 292487
NASHVILLE TN 37229-2487

PITNEY BOWES CREDIT CORPORATION
P.O. BOX 856460
LOUISVILLE KY 40285-6460

PREMIER CLEANING SERVICE
P.O. BOX 3322489
MURFREESBORO TN 37133

PROSSER PAINTS
4561 BARFIELD CRESCENT ROAD
MURFREESBORO TN 37130

PURCHASE POWER
P.O. BOX 856042
LOUISVILLE KY 40285-6042

RED REALTY
P.O. BOX 11349
MURFREESBORO TN 37129

REGIONS BANK
NORTH BUILDING 2ND
2050 PARKWAY OFFICE
HOOVER AL 35244

RENASANT BANK
P.O. BOX 24120
NASHVILLE TN 37202

RICKY KAILIPONI
155 JAMIE CIRCLE
WOODBURY TN 37190

ROSCOE BROWN
959 N THOMSON LANE
MURFREESBORO TN 37129

SERVPRO
105 WEST AMIN STREET
WATERTOWN TN 37184

SMYRNA READY MIX
4472 HICKORY GROVE ROAD
MURFREESBORO TN 37129

SOUTHEASTERN TURF LLC
1075 HIGHWAY 41A SOUTH
EAGLEVILLE TN 37060

SOUTHERN LAWN AND EQUPIMENT
3521 MURFREESBORO PIKE
ANTIOCH TN 37013

SOUTHERN STONE SOLUTIONS
2006 SHORELINE DRIVE
MOUNT JULIET TN 37122

SOUTHLAND BRICK
P.O. BOX 2589
MURFREESBORO TN 37133

STAPLES BUSINESS ADVANTAGE
DEPT ATL
P.O. BOX 530621
ATLANTA GA 30353-0621

STEPHEN WHITE COMPANY
78 BUCHANAN STREET
LA VERGNE TN 37086

STEVE BYARS DBA SB CONCRETE
P.O. BOX 424
SMYRNA TN 37167

STEWARTS PORTABLE TOILETS
939 NORTH THOMPSON LANE
MURFREESBORO TN 37129

THOMAS & SONS ELECTRIC INC
1502 HARRELL STREET
LA VERGNE TN 37086

THOMAS H. LAWLESS, TRUSTEE
SUITE 403 CUSTOMS HOUSE
701 BROADWAY
NASHVILLE TN 37206

THOMASON PROPERTIES
1418 KENSINGTON SQUARE
BLDG A
MURFREESBORO TN 37130

UNDERWOOD EXCACATING
1820 FOX SPRING COURT
MURFREESBORO TN 37127

UNITED TELEPHONE COMPANY
P.O. BOX 38
CHAPEL HILL TN 37034

WALL TO WALL FLOOR COVERING
5490 B MURFREESBORO ROAD
LA VERGNE TN 37086

WALLBOARD AND SUPPLY
1619 CHARLOTTE AVENUE
NASHVILLE TN 37203

WARREN ENGINEERING, INC.
119 EAST MAIN STREET
MURFREESBORO TN 37130

WATER & WASTE AUTHORITY OF WILSON CO
P.O. BOX 545
LEBANON TN 37088

YP SIDING AND GUTTER INC.
5499 MURFREESBORO ROAD
LA VERGNE TN 37086